1 

 Abdikarim Ali Mumin, Petitioner v. The People of the State of Colorado. Respondent 
No. 25SC600
Supreme Court of Colorado, En Banc
January 20, 2026
 Court of Appeals Case No. 22CA1648 
 
 Petition for Writ of Certiorari DENIED. 
 CHIEF JUSTICE MÁRQUEZ would grant as to the following issue: 
 Whether the provocation exception to self-defense can apply absent evidence that the defendant acted with the conscious intent to provoke an attack, where such intent, as clarified in Galvan v. People, 2020 CO 82,476 P.3d 746, is the essential element distinguishing the provocation exception from the initial-aggressor exception.